UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
25-CR-20430-MOORE/D'ANGELO
Case No. _____

21 U.S.C. § 963
21 U.S.C. § 959(a)
21 U.S.C. § 952
21 U.S.C. § 853
21 U.S.C. § 970

UNITED STATES OF AMERICA

vs.

FABIO AUGUSTO JORGE-PURAS,
   a/k/a "Vecino," and
GASPAR ANTONIO POLANCO-VIRELLA,
   a/k/a "El Grande,"

Defendants.
_____/

FILED BY ___BM___ D.C.

Sep 30, 2025

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

## INDICTMENT

The Grand Jury charges that:

### COUNT 1

Beginning at least as early as in and around 2019, the exact date being unknown to the Grand Jury, and continuing through on or about December 22, 2020, in the countries of Colombia, the Dominican Republic, and elsewhere, the defendants,

FABIO AUGUSTO JORGE-PURAS,
   a/k/a "Vecino," and
GASPAR ANTONIO POLANCO-VIRELLA,
   a/k/a "El Grande,"

did knowingly and willfully combine, conspire, confederate, and agree with each other and with other persons known and unknown to the Grand Jury, to distribute a controlled substance in Schedule II, intending, knowing, and having reasonable cause to believe that such controlled substance would be unlawfully imported into the United States, in violation of Title 21, United

States Code, Section 959(a); all in violation of Title 21, United States Code, Section 963.

It is further alleged that the controlled substance involved in the conspiracy attributable to each defendant as a result of his own conduct, and the conduct of other conspirators reasonably foreseeable to him, is five (5) kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 963 and 960(b)(1)(B).

## COUNT 2

Beginning at least as early as in and around 2019, the exact date being unknown to the Grand Jury, and continuing through on or about December 22, 2020, in Miami-Dade County, Florida, and elsewhere, the defendants,

**FABIO AUGUSTO JORGE-PURAS,**
a/k/a "Vecino," and
**GASPAR ANTONIO POLANCO-VIRELLA,**
a/k/a "El Grande,"

did knowingly and willfully combine, conspire, confederate, and agree with each other and with other persons known and unknown to the Grand Jury, to import into the United States, from a place outside thereof, a controlled substance, in violation of Title 21, United States Code, Section 952(a); all in violation of Title 21, United States Code, Section 963.

The controlled substance involved in the conspiracy attributable to each defendant as a result of his own conduct, and the conduct of other conspirators reasonably foreseeable to each defendant, is 5 kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 960(b)(1)(B).

## FORFEITURE ALLEGATIONS

1.  The allegations of this Indictment are re-alleged and incorporated herein for the purpose of alleging criminal forfeiture to the United States of America of certain property in which the defendants, **FABIO AUGUSTO JORGE-PURAS, a/k/a "Vecino," and GASPAR ANTONIO POLANCO-VIRELLA, a/k/a "El Grande,"** have an interest.

2.  Upon conviction of a violation of Title 21, United States Code, Section 963, as alleged in this Indictment, the defendants shall forfeit to the United States any property constituting, or derived from, any proceeds the defendant obtained, directly or indirectly, as the result of such violation and any property which the defendant used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation.

All pursuant to Title 21, United States Code, Section 853, as made applicable by Title 21, United States Code, Section 970.

A TRUE BILL

FOREPERSON

_____
JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

_____
LYNN M. KIRKPATRICK
ASSISTANT UNITED STATES ATTORNEY

3

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**UNITED STATES OF AMERICA**

CASE NO.: _____

v.

FABIO AUGUSTO JORGE-PURAS and
GASPAR ANTONIO POLANCO-VIRELLA,
_____/
                    Defendants.

**CERTIFICATE OF TRIAL ATTORNEY**

**Superseding Case Information:**
New Defendant(s) (Yes or No) _____
Number of New Defendants _____
Total number of new counts _____

**Court Division** (select one)
- [x] Miami
- [ ] Key West
- [ ] FTP
- [ ] FTL
- [ ] WPB

I do hereby certify that:

1. I have carefully considered the allegations of the Indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.
2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, 28 U.S.C. §3161.

3. Interpreter: (Yes or No) Yes
   List language and/or dialect: Spanish

4. This case will take __5__ days for the parties to try.
5. Please check appropriate category and type of offense listed below:

   (Check only one)
   - I [x] 0 to 5 days
   - II [ ] 6 to 10 days
   - III [ ] 11 to 20 days
   - IV [ ] 21 to 60 days
   - V [ ] 61 days and over

   (Check only one)
   - [ ] Petty
   - [ ] Minor
   - [ ] Misdemeanor
   - [x] Felony

6. Has this case been previously filed in this District Court? (Yes or No) No
   If yes, Judge _____ Case No. _____
7. Has a complaint been filed in this matter? (Yes or No) No
   If yes, Judge _____ Magistrate Case No. _____
8. Does this case relate to a previously filed matter in this District Court? (Yes or No) No
   If yes, Judge _____ Case No. _____
9. Defendant(s) in federal custody as of _____
10. Defendant(s) in state custody as of _____
11. Rule 20 from the _____ District of _____
12. Is this a potential death penalty case? (Yes or No) No
13. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared M. Strauss)? (Yes or No) No
14. Did this matter involve the participation of or consultation with Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023? No
15. Did this matter involve the participation of or consultation with Magistrate Judge Marty Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024? No
16. Did this matter involve the participation of or consultation with Magistrate Judge Ellen F. D'Angelo during her tenure at the U.S. Attorney's Office, which concluded on October 7, 2024? Yes

By: _____
LYNN M. KIRKPATRICK
Assistant United States Attorney
SDFL Court ID No. A5500737

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name: FABIO AUGUSTO JORGE-PURAS**

**Case No:** _____

Count #: 1

Conspiracy to distribute cocaine knowing or having reasonable cause to believe it would be unlawfully imported into the United States

Title, 21 United States Code, Section 963
* **Max. Term of Imprisonment: Life**
* **Mandatory Min. Term of Imprisonment (if applicable): 10 years**
* **Max. Supervised Release: 5 years to life**
* **Max. Fine: $10,000,000**

Count #: 2

Conspiracy to import cocaine into the United States

Title, 21 United States Code, Section 963
* **Max. Term of Imprisonment: Life**
* **Mandatory Min. Term of Imprisonment (if applicable): 10 years**
* **Max. Supervised Release: 5 years to life**
* **Max. Fine: $10,000,000**

*Refers only to possible term of incarceration, supervised release and fines. It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name:  GASPAR ANTONIO POLANCO-VIRELLA**

**Case No:** _____

Count #: 1

Conspiracy to distribute cocaine knowing or having reasonable cause to believe it would be unlawfully imported into the United States

Title, 21 United States Code, Section 963
* **Max. Term of Imprisonment: Life**
* **Mandatory Min. Term of Imprisonment (if applicable): 10 years**
* **Max. Supervised Release: 5 years to life**
* **Max. Fine:  $10,000,000**

Count #: 2

Conspiracy to import cocaine into the United States

Title, 21 United States Code, Section 963
* **Max. Term of Imprisonment: Life**
* **Mandatory Min. Term of Imprisonment (if applicable): 10 years**
* **Max. Supervised Release: 5 years to life**
* **Max. Fine:  $10,000,000**

\*Refers only to possible term of incarceration, supervised release and fines.  It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.